Joseph Bartolomeo and Anna Bartolomeo, Respondents, v. The Kalill Company, Appellant.— Judgment reversed on the facts and new trial granted, with costs to appellant to abide the event, on ground the findings on which judgment is based are against the weight of the evidence. All concur. (The judgment awards plaintiffs damages in an action to recover for services performed.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

Irene L. Costich and Others, as Administrators with the Will Annexed, etc., of Oliver U. Costich, Deceased, and Irene L. Costich, Appellants, v. The President and Directors of the Manhattan Company, ·Respondent.— Judgment and order affirmed, with costs. All concur. (The judgment is for defendant for no cause of action in an action to recover damages for claimed improper sale of pledged securities. The order denies plaintiffs' motion for a new trial.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

Mary E. Stanton, Respondent, v. Savings Bank Trust Company, Appellant.— Judgment and order reversed on the facts and a new trial granted, with costs to appellant to abide the event, on the ground that the findings on negligence and contributory negligence are against the weight of the evidence. All concur. (The judgment is for plaintiff in an action for damages for personal injuries caused by the negligent condition of a cellar stairway. The order denies defendant's motion for a new trial.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

Leonard Czosnyka, Respondent, v. John Griffith, Appellant.— Judgment and order affirmed, with costs. All concur. (The judgment is for plaintiff in an automobile negligence action. The order denies defendant's motion for a new trial.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

Arlene Gertrude Shewman, an Infant, by Her Guardian ad Litem, Harold Shewman, Respondent, Appellant, v. Rochester Transit Corporation, Appellant, and Flower City Bakery Supplies, Inc., Respondent.— Judgments and order affirmed, with costs. All concur. (One judgment is for plaintiff against defendant Rochester Transit Corporation in an action for bus and automobile negligence. The order denies defendant's motion for a new trial. The other judgment is for defendant Flower City Bakery Supplies, Inc., for no cause of action.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

Harold Shewman, Respondent, Appellant, v. Rochester Transit Corporation, Appellant, and Flower City Bakery Supplies, Inc., Respondent.— Same decision and like cause of action as in companion case of Shewman v. Rochester Transit Corp. (ante, p. 812). Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

Herbert J. Behrman, Respondent, v. Alfred Lazarus and Richard W. Reisig, Appellants, and Hart's Food Stores, Inc., Defendant.— Judgment and order affirmed, with costs. All concur. (The judgment is for plaintiff in a civil action for assault. The order denies appellants' motion for a new trial.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

Henry G. Baist, Appellant, v. E. W. Edwards & Son, Respondent.— Judgment affirmed, with costs. All concur, except Crosby, P. J., and Harris, J., who dissent and vote for reversal and a new trial. (The judgment is for defendant for no cause of action by direction of the court in an action for false arrest and malicious prosecution.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.